# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

MR. JAMES MALLORY

(A.K.A.)

Sadigga Al-RAHMAN MuHAMMAD
(Full name of the Plaintiff(s) in this action)

v.

(Lt.) Miller (SORT COMMANDER)

(Sgt.) WEDDING CHRISTOPHER (HEAD OF SORT)

(MAJOR) William ASHby

Steve DurHAM (ASSISTANT DirectOR)

KaTreese WAlkeR (ClASsiFiCATion Supervisor)
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:20-CV-249-RGJ
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(  ) NO JURY TRIAL DEMAND
(Check only one)

I.    PARTIES

(A)  Plaintiff(s).  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: MR. JAMES MALLORY (A.K.A.) SAdigga Al-RAHMAN MuHAMMAD

Place of Confinement: 400 SOUTH 6TH ST. L.M.D.C. JAil SegReg ATion (6 Floor Dorm 9)

Address: Louisville, Ky 40202 L.M.D.C. JAil

Status of Plaintiff: CONVICTED (  )    PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff:

Place of Confinement:

Address: _____

Status of Plaintiff: CONVICTED (___)  PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)  PRETRIAL DETAINEE (___)

   **(B)  Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

   (1) Defendant LT. MilleR (SoRT CoMMANdeR)                is employed

as LT.                                 at L.M. D.C. JAiL                          .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

   (2) Defendant SgT. CHRiSTopHeR WeDDiNg (HeAD of SoR)is employed

as SgT.                                 at L.M.D.C. JAiL                          .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

   (3) Defendant MAJoR William ASHby                       is employed

as MAJoR                                at L.M.D.C. JAiL                          .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

   (4) Defendant STeve DuRHAM                              is employed

as ASSiTANT DiRecToR    at L.M.D.C. JAiL                              .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

2

(5) Defendant KATReese wAlkeR _____ is employed

as CIASSiFiCATioN SuPeRvising at L.M.D.C. JAiL _____ .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

II.     **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts
involved in this action? YES ( ✓ ) NO ( )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is
more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using
the same outline.

Parties to the previous lawsuit:

    Plaintiff(s):   JAMes MAlloRy _____

    _____

    Defendant(s): MAJoR AsHby wilłiAM _____
                  LT. MicHAel RepMoN
                  KATReese wAlkeR

Court (if federal court, name the district. If state court, name the county):

WeSTeRN DisTRicT couRT 6ol w. BroAdwAy Lou, Icy 40 2o2

Docket number: 3:19-CV-oo12o-cRS _____

Name of judge to whom the case was assigned: SeNioR Judge CHARles R. SiMPSoN III

Type of case (for example, habeas corpus or civil rights action): Civil RigHTs 1983

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
THe cAse is STill PeNDiNg ASK oF TODAy APRil 1 2o2o _____

Approximate date of filing lawsuit: JANuAry 2o19. _____

Approximate date of disposition: HAs ENoeo yeT! _____

3

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

UPON DATE OF MARCH 12, 2020 i RETURN bACK FROM Lexington JAil F.C.D.C. iN WAS RETURN TO L.M.D.C. JAiL AND JeFFERSON COUNTY i WAS FRISK SeARCH THROUGH BOOKING iNTAKE iN SENT THROUGH THE SCAN MACHiNE ASK NORMAL PROCEDURES FOUND 2 HAVE(NO) CONTRABAND... HOWEVER Lt. Miller OF SORT SGT. WEDDING OF SORT MAJOR WilliAM ASHby(AND) STEVE DURHAM ASSITANST DiRECTOR illegAlly AUTHORiZe THAT (2) SORT OFFICERS USE A CAmeeA Body FOOTAGE iN illegAlly STRIP SEARCH Me FOR NO logicAL REASON OR PURPOSE THiS ISN'T STANDARD POlicy OR PROCEDURE TO DO SUCH ACTIONS THiS WAS DONE 2 RETALIATE ON Me AND DEHUMANIZE Me For being SENT bACK TO L.M.D.C. JAiL FROM LexiNGTON, KY...(2) LT. miller SORT, SGT. CHRISTOPHER WEDDING, STEVE DURHAM ASSITANT DiRECTOR, MAJOR WilliAM ASHby, KATREESE WALKER, (ALL) illegAlly Held MY legAl MAiL AT THIS JAiL FOR (8) MONTHS FROM JUNE 2019 TiL FEB 24, 2020 WiTH CLEAR PROOF Recorded FROM F.C.D.C. JAiL iN FAyeTTe COUNTY CAUSiNG Me TO MiSS DEADliNes AND FiliNG FEES MOTIONS File by MY ATTORNEYS, ATTORNEYS leTTERS JUDGE ORDERS FROM BOTH FEDERAL iN STATE COURTS SENT TO me ViA MAiL PROCESS... I Filed GRIEVANCES @ F.C.D.C. JAiL AND WENT All THE WAY UP THE PROCESS lADDER AND MAJOR FARMER @ F.C.DC. SAiD AT WAS louisville JAiL FAULT WITH TAMPERING WITH MY legAl MAiL AND SHe TRANSFER me bACK Here TO L.M.D.C. TO Allow THEM 2 DEAl WiTH THE iSSUES. SiNCE RETURNiNG bACK MARCH 12 2020 Lt. Miller, SGT. WEDDiN, WilliAM ASHBY, KATREESE WALKER, STEVE DURHAM, HAS AUTHORiZe (2) House me iN A SiNgle cell DORM 9 CELL 1 by MySelF WHeN iTS (4) OTHER cells iNSiDE THiS DORM 9 6 FloOR (2) OF THE cells HAS URiNe iN FECES iNSiDE THE Toliets THATS been THERE FOR MONTHS WiTHOUT being FLUSH OR FiX MOlD iN All THE cells DUST STACK iNSiDE THE VENTS im FORCE 2 iNHALE CAUSiNG me 2 HAVE MAJOR HEAD ACHES, CHeST PROblEMS THiS DORM 9 HASN'T been CleAN BUT ONCE iN (3) weekS THE SHOWER iS FilTHY WITH MOlD, RUST, BLOOD, DiRT ON THE WAlls DUST PACK iNSiDe THE VENTS THATS BEEN THERE For MONTHS I'Ve FilED GRIEVANCE weekS Ago AND Ms. SHIDLEY ADViSE MAiNTENCE WAS SENT AN EMAiL BUT ASK OF APRIl 1, 2020 THEY'Ve STill NOT CAME TO FiX THESE TOliets Nor CleAN THIS DORM 9 Flies Fly ARound DAily SPiDERS CRAWl AROUND WATER ROACHES LONG ASK Your VERY OWN MiDDEL FiNGER... (3) I'Ve PUT iN ACTION REQUEST TO Be MOVED FROM THiS SiNgle CEll ENVIRONMENT UNIY 2 Be TOlD By KATREESE WALKER iTS UP 2 miller 2 TAKe me OFF THIS SORT STATIS So ON MARCH 16 2020 LT. MILLER OF SORT TOlD ME He WAS goiNG 2 MONITOR My BEHAVIOR No loNGER THEN A week OR 2 AFTER A week Y2 I Filed ACTION REQUEST 2 Be REMOVE FROM SORT STATIS iN SEg LT. Miller RESPONDs bACK SAYiNG we AlREADY SPOKE ABOUT THiS.  ON APRil 1 2020 @ 10:45AM  LT. Miller ADAMANTl EXPRESS 2 me HES over ME HE CAN DO WHATEVER He WANT AND THAT He CAlls THE SHOTS i EXPRESS 2 HiM THiS iS CRUel UNUSAL PuNiSHMENT FORCiNG Me iN A SiNgle cell FOR NO REASON WHEN iF Files WHERE PUlled THERES iNMATES THAT's been CAUgHT WITH cell PHONES ONLY MONTHS Ago CANTEEN WORKERS FROM OUTSiDE DEPARTMENTS BEiNg FiRED (3) TiMes FOR BRiNgiNg iN DOPE CONTRABAND AND NONE OF THE iNMATES WERE PlACE ON SORT AND All OF THEM OR NOW CURRENTly HOUSED iN GENERAL POPULATION ASK we SPEAK He HAD No REPly OR ANSWER FOR THAT...(4) LT. Miller (SORT) SGT. WEDDiNG CHRISTOPHER MAJOR WilliAM ASHby, STEVE DURHAM, KATREESE WALKER, HAS AUTHORiZe i CAN'T HAVE MY COURT APPOiNTED LAPTOP, D.V.D. PROCESSOR, THUMB DRiVE THAT i've HAD FOR YEARS EVEN BEFORE i LEFT HERE ON (JUNE 17, 2019) I RETURN bACK HERE FOR COURT NUMEROUS TiMES FROM July, AUGUST, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER (2019) JAN. FEB. 2020 WiTH THE SAME THUMB DRIVE AND LAPTOP, D.V.D. PROCESSOR, USiNG iT iN THE BOOKiNG FloOR AREA FOR DAYZ WITH AUTHORiZATION FROM (All) DEFENDANTS BUT ONCE i RETURN HERE PERMANTly THEY'Ve illegAl.

4

### III. STATEMENT OF CLAIM(S) continued

Refuse me to have these court order materials ive filed paper work in even have the responses from CAPTAIN GILBERT on 3rd shift! on MARCH 24, 2020 my PRIVATE investigator on my legal team sent me legal D.V.D. through the legal mail c/o warner issue me my legal mail i sign for she said she'll send them 2 property in a Sgt. would have 2 sign off for the [1] Disc LT. Miller first told Sgt. Clark He could go in sign for them then the next day i was told Sgt. wedding and LT. Miller said i couldn't have my legal D.V.D. they were consider CONTRABAND Steve Durham email my attorney Greg coulson telling him David Jude is banned from coming 2 see (me) Dvd 3 sending them D.V.D. that clearly wasn't no CONTRABAND whatsoever it was Discovery material in videos of other rappers who had murder cases or face death row in defamation of character like i have! This too was Retaliation toward me in my lawyers Steve Durham told my lawyer Greg coulson for me to file on it like i do everything else! This is Retaliation at its finest solely because i'm utilizing my constitutional rights properly, im being mentally tortured

and denied my proper access 2 the courts and being lodged in a single

man cell for 23 hours a day force to be in a unhealthy environment

filed with mold, feces, urine, roaches, spriders, blood, causing me 2 have major

health issues head aches, chest pains, dizzeyness, and deprive 2 be in general

population solely out of malice and abuse of authority...(Note) they've

tried for years 2 use excusses their keeping me in seg for my safety theres

no safety issues and my co-defendent been allowed 2 be in G.P. for years

on the same charges Hes caught (13) new indictments while housed

in L.M.D.C. in hes still in general population! My life in liberty

@ jepordy and im force 2 continue being dehumanize at an

alarming rate to no avail theres no ending 2 this injustice

it seems. 2 see a fault being done in your not doing anything 2

stop it you too become a silent partner to its continuance

I'm once again filing a 1983 2 stop these cruel unusal

punishments from being displayed any longer! There

shall be no just cause for delay!

5

IV.   **RELIEF**

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓  award money damages in the amount of $ ___3. 3 million Dollars___

✓  grant injunctive relief by___7. Million Dollars___

✓  award punitive damages in the amount of $__10 million Dollars__

✓  other: To Stop These Defendants from Retaliating Against Me AND Keeping me lodged inside A Single cell For 23 Hours A DAy...

V.   **DECLARATION UNDER PENALTY OF PERJURY**
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _2_ day of___April___, 202_0_

_(signature)_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ___April 2, 2020___.

_(signature)_
(Signature)

6

MR. JAMES MALLORY #449188
400 SOUTH 6TH ST.
Louisville, KY 40202

LOUISVILLE KY. 400

02 APR 2020 PM 3 L

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR -3 PM 1:42

Not Responsible
the Metro Corrections Department
UNCENSORED

THe OFFice oF THe clerk
601 W. Broadway, RM 106
Gene Snyder United States Courthouse
Louisville, KY 40202

(φ URgent Legal mail φ)

40202-222731